IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,<br><br>      Plaintiff,<br><br>**TOLERA PEEK**,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>**NU-WAY WEINERS, INC.** **and CHARLENE DAVIS, Individually**,<br><br>      Defendants. | Civil Action No. 5:11-CV-384 (HL) |

**ORDER**

The dispositive motion period in this case has passed, and this case is ready for a final hearing. The only claims remaining for the Court's consideration are the EEOC's requests for injunctive relief. A hearing on those claims will be held at 9:30 a.m. on Wednesday, September 25, 2013, at the United States Courthouse in Macon.

In order to clarify the issues prior to the hearing, the EEOC is ordered to file a legal memorandum by August 26, 2013 setting out its legal and factual basis for the requested injunctive relief. Defendants shall have until September 16, 2013 to file a response if they so choose.

**SO ORDERED**, this 5th day of August, 2013.

               *s/ Hugh Lawson*
               **HUGH LAWSON, SENIOR JUDGE**

mbh